## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Alejandro Donovan, employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), United States Department of Justice, having been duly sworn, do hereby depose and state as follows:

## AGENT BACKGROUND

1. I am employed as a Special Agent of the ATF with the United States Department of Justice and have been since December 2023. I am a graduate of the Federal Law Enforcement Training Center's Criminal Investigator Training Program as well as the ATF National Academy where I received more than 1080 hours of training including but not limited to, firearms and explosives identification and handling, executing warrants, defensive tactics, interview techniques, surveillance techniques, undercover operations, investigation techniques, and others.

2. Prior to my employment with ATF, I was a U.S. Border Patrol Agent, under Customs and Border Protection (CBP) with the United States Department of Homeland Security from May 2020 until I transferred to ATF. I obtained a Bachelor of Business Administration from the University of New Mexico.

3. Through training, investigations, and experience, I have gained knowledge and experience and have taken part in cases relating to the trafficking of firearms, the illegal possession of firearms, and the use of firearms in violent crimes by individuals and Drug Trafficking Organizations.

4. The information set forth herein is based on my personal knowledge, information obtained through interviews, the information provided to me by other law enforcement officers, and through other various forms of information.  This affidavit is offered for the limited purpose

of establishing probable cause that **Luis M. GARCIA CANALES** violated 18 USC 922(g)(1), 18 USC 924(C), 21 USC 841(a). I have not recited every fact known to me as a result of this investigation.

5. I am familiar with the information contained in this Affidavit, either through personal investigation or through discussions with other law enforcement officers who obtained information through investigation and surveillance, which they, in turn, reported to me. This includes interviews that were conducted with local law enforcement and by federal law enforcement with victim(s) and suspect(s).

## FACTS THAT ESTABLISH PROBABLE CAUSE

1. On November 14th, 2025, at approximately 07:00AM, Puerto Rico Police Bureau (PRPB) agents were attempting to serve an arrest warrant around Vista Hermosa Public Housing Project (VHPHP) in San Juan, PR. PRPB had an approved work plan for this arrest warrant and reason to be believe the person was around the VHPHP.

2. PRPB entered VHPHP near building 47 where building 50 and 51 are located across a street in VHPHP and saw **Luis M. GARCIA CANALES** selling what appeared to be controlled substance(s) out of a black plastic bag near building 50.

3. **GARCIA CANALES** was around other people at the time PRPB began to approach. At this time, the other people near **GARCIA CANALES** ran from PRPB leaving **GARCIA CANALES** behind**.**

4. **GARCIA CANALES** was told to drop the bag and get on the ground. **GARCIA CANALES** turned around and put the bag down. While getting on the ground, the PRPB noticed a firearm on the right side of his waist.

2

5.  Inside the black bag, agents found distribution amounts of controlled substances as detailed below in paragraph 10.

6.  **GARCIA CANALES** was arrested by PRPB due to selling controlled substances in the open.

7.  ATF checked the records of **GARCIA CANALES** and found that he had been convicted in 2013 of felony armed robbery in Puerto Rico and had been sentenced to serve 12 years in prison.

8.  This makes **GARCIA CANALES** a convicted felon. **GARCIA CANALES** was arrested by the PRPB and read his Miranda Rights. **GARCIA CANALES** was brought to the PRPB station for processing.

9.   PRPB field tested the suspected narcotics and found positive results for Fentanyl, and Cocaine.

10. The following evidence was seized by the PRPB:

    - 1 Glock Model 30 Serial Number YMX041 with an attached machinegun conversion device (Black chip-like device mounted to firearm)
    - 1 magazine with a capacity of 10 rounds
    - 11 rounds of .45 cal ammo
    - 30 bags of suspected cocaine
    - 48 capsules of suspected cocaine base
    - 187 decks of suspected fentanyl

11. The evidence seized is depicted below.







12. No firearms or ammunition are manufactured in Puerto Rico. Therefore, the firearm and

ammunition seized from **GARCIA CANALES** had travelled in interstate or foreign

commerce.

## **CONCLUSION**

13.  Based on the above facts, the undersigned affiant believes there is probable cause to charge

**Luis M. GARCIA CANALES** violated 18 U.S.C. § 922(g)(1), 18 U.S.C. § 924(c), and 21

U.S.C. § 841(a).

Respectfully submitted,

Alejandro Donovan
Special Agent
Bureau of Alcohol, Tobacco,
Firearms and Explosives

Subscribed and sworn by telephone pursuant to the requirements of Fed. R. Crim. P. 4.1 at

7:29 P.M.  on November 14, 2025.

Mariana Bauzá Almonte
United States Magistrate Judge
District of Puerto Rico